**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
|     **Petitioner,**  ) | |
| ) | **MISCELLANEOUS CASE NO.** |
| **v.**  ) | **08-0024-KD-N** |
| ) | |
| **KATHI GOOD,**  ) | |
|     **Respondent.**  ) | |

**ORDER**

After due and proper consideration of all pleadings in the file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated July 15, 2009 and made under 28 U.S.C. § 636 is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the petitioner's Petition to Enforce Subpoena (Doc. 11) is **GRANTED** and the respondent's Motions to Dismiss the petition (Docs. 21, 22, 23, 25, 26, 27, 28) are **DENIED**. It is further **ORDERED** that the interviews shall be held at the **Fairhope Public Library** at **10:00 a.m.** on **August 31, 2009.**[1]

**DONE** and **ORDERED** this **11th** day of **August 2009.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**

---

[1] The United States is **DIRECTED** to make the appropriate arrangements for such interviews, or if unable to do so, may file a motion to amend this order.