IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Petitioner, ) | |
| ) | MISCELLANEOUS CASE NO. |
| v. ) | 08-0024-KD-N |
| ) | |
| KATHI GOOD, ) | |
|     Respondent. ) | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the petitioner in the above-styled action. No costs are taxed.

**DONE** and **ORDERED** this **11th** day of **August 2009.**

                                         /s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**